DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROOSEVELT KING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-526

[April 26, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 01-003089CF10A, 01-003092CF10A, 01-003254CF10A and 01-004394CF10A.

Roosevelt King, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***